**Nicholas DI VINCENZO, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 10660.

United States Court of Appeals
Third Circuit.

Argued April 9, 1952.

Decided May 2, 1952.

N. Di Vincenzo, pro se.

John J. Kelley, Jr., Washington, D. C. (Ellis N. Slack, Acting Asst. Atty. Gen., on the brief), for respondent.

Before GOODRICH, KALODNER and HASTIE, Circuit Judges.

PER CURIAM.

This is a petition to review a decision of the Tax Court which in turn refused relief to the petitioner on the ground that he had not brought his claim within any exemption or deduction allowed by the tax law. While the court has sympathy with the petitioner as a person it has no authority to create deductions. The decision of the Tax Court was right and will be affirmed.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. ARNALL MANUFACTURING COMPANY, Respondent.**

No. 14029.

United States Court of Appeals
Fifth Circuit.

May 6, 1952.

A. Norman Somers, Asst. Gen. Cnsl., David P. Findling, Assoc. Gen. Cnsl., National Labor Relations Bd., Washington, D. C., for petitioner.

Howard B. Payne, Elberton, Ga., Frank A. Constangy, Atlanta, Ga., for respondent.

Before HUTCHESON, Chief Judge, and HOLMES and BORAH, Circuit Judges.

PER CURIAM.

The motion is granted, with recognition of the fact that respondent does not resist, but claims to be in compliance with, the Board's order. The decree to be entered here, therefore, will provide that whatever the respondent has already done toward compliance with the order of the Board prior to entry of this Court's decree will not be required to be redone, and only such things, if any, as have been left undone will be required to be done.

**BIG CHIEF DRILLING COMPANY v. COMMISSIONER OF INTERNAL REVENUE.**

No. 4356.

United States Court of Appeals
Tenth Circuit.

March 29, 1952.

C. D. Ellison, Oklahoma City, Okl., for petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., Department of Justice, Washington, D. C., and Charles Oliphant, Chief Counsel, and Rollin H. Transue, Sp. Atty., Bureau of Internal Revenue, Washington, D. C., for respondent.

Before PHILLIPS, Chief Judge, and MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Affirmed per stipulation on authority of M-B-K Drilling Company, Inc., etc., v. Commissioner of Internal Revenue, 10 Cir., 1952, 194 F.2d 221.